AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE
2017 JUL 31 PM 4:45

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17-mj-1291-MCR |
| WIDI BASUKI | ) | |
| *Defendant* | ) | |

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
2017 AUG 22 AM 11:23
FILED

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before this court *(name of person to be arrested)*
WIDI BASUKI                                                                                                               , a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☒ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

YOU ARE FURTHER COMMANDED to detain this witness until this court orders discharge from custody.

Date: 07/31/2017

*Issuing officer's signature*

City and state:   Jacksonville, Florida

MONTE C. RICHARDSON, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/31/17 , and the person was arrested on *(date)* 7/31/17
at *(city and state)* Jacksonville, FL .

Date: 8/21/17

*Arresting officer's signature*

Vanessa Pindu, DUS, USMS
*Printed name and title*